UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Adham M. Beydoun            Bankruptcy No. 24-42107-LSG
                                           Honorable Lisa S. Gretchko
           Debtor.                       Chapter 13
_____/

## STIPULATION OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW STATE COURT LITIGATION TO REOPEN A STATE COURT CASE

**NOW COMES** the Creditor, Woodward Sports Network, LLC and the Debtor, Adham M. Beydoun, by and through their respective counsel as indicated below and the parties stipulate and agree as follows:

The parties agree to the entry of the attached order.

Stipulated and agreed to in both form and substance.

| | |
|---|---|
| /s/ *Kevin C. Calhoun* | /s/Giordan L. Boin |
| Kevin C. Calhoun (P55592) | Giordan L. Boin (P84332) |
| Calhoun & Di Ponio, PLC | Attorney for Debtor, Adham M. Beydoun |
| Attorneys for Woodward Sports Network, LLC | Frego & Associates-The Bankruptcy Law Office |
| 29828 Telegraph Road | 23843 Joy Road |
| Southfield, MI 48034-1338 | Dearborn Heights, Michigan 48127 |
| (248) 228-2200 | (313) 724-5088 |
| kevin@lawyermich.com | fregolaw@aol.com |
| Dated: July 11, 2024 | Dated: July 11, 2024 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| Adham M. Beydoun | Bankruptcy No. 24-42107-LSG |
| | Honorable Lisa S. Gretchko |
| Debtor. | Chapter 13 |
| _____/ | |

# CONSENT ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW STATE COURT LITIGATION TO REOPEN A STATE COURT CASE

This matter came before the Court on Woodward Sports Network, LLC's Motion for Relief from the Automatic Stay to Allow State Court Litigation to Reopen a State Court Case and Debtor's response to the motion and a hearing was held on July 9, 2024 and the parties now agree to the following:

**IS HEREBY ORDERED** that the motion is granted allowing Woodward Sports Network, LLC to reopen the state court case, Oakland County Circuit Court, Case No. 23-202533-CB to file any motions it deems appropriate and acquire any relief from that court; however, if any monetary relief is granted then Woodward Sports Network, LLC is barred from pursuing collection on that monetary remedy pending further order of this Court because the Bankruptcy Court retains jurisdiction over the dischargeability of debts in this case.

**IT IS FURTHER ORDERED** that Woodward Sports Network, LLC is granted 30 days after a judgment or order is issued in the state court case to amend its proof of claim filed in this bankruptcy case.